JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Los Angeles)

| | |
|---|---|
| LINDA M. HANNA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEINER TRANSOCEAN LIMITED<br><br>    Defendants. | Case No.: 2:19-cv-01499 KS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

The Parties "Joint Stipulation and Order for Dismissal With Prejudice," came before the Court;

The Court having received and read the Parties' Joint Stipulation, and being so advised in the matter, and finding good cause:

In consideration of the parties negotiated settlement, this matter is dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 13, 2021.

*/s/ Karen L. Stevenson*

Karen L. Stevenson
United States Magistrate Judge